IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER MILNER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:18-CV-551-WKW ) |
| WAKEFIELD & ASSOCIATES, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 15), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims that were, are and/or could have been asserted in this action by plaintiff Christopher Milner are dismissed with prejudice; the claims of putative class members are dismissed without prejudice; and each party is to bear its own attorney's fees, costs and expenses. This action has been dismissed by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 29th day of August, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE